UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JONATHAN MARCUS, AS TRUSTEE OF THE GRACE PREFERRED LITIGATION TRUST, LLOYD I. MILLER TRUST A-4, MILFAM II L.P., LENADO PARTNERS, SERIES A OF LENADO CAPITAL PARTNERS, L.P., LENADODP, SERIES A OF LENADO DP, L.P., SPV UNO, LLC, NIKOS HECHT, INDIVIDUALLY, THE HECHT CHILDREN'S TRUST II, BROADBILL PARTNERS, LP. BROADBILL PARTNERS II, LP, COSTA BRAVA PARTNERSHIP III LP, and KURT LAGESCHULTE, IRRA,

Plaintiffs,

-against-

W2007 GRACE ACQUISITION I, INC., PFD HOLDINGS, LLC, GOLDMAN SACHS REALTY MANAGEMENT, L.P. F/K/A ARCHON GROUP, L.P., TODD P. GIANNOBLE, BRIAN T. NORDAHL, GREGORY M. FAY, DANIEL E. SMITH, and MARK RICKETTS,

Defendants.
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_______________
DATE FILED: 8/24/16

15 **CIVIL** 6242 (GBD)

**JUDGMENT**

Defendants W2007 Grace Acquisition I, Inc., PFD Holdings, LLC, Goldman Sachs Realty Management, L.P. f/k/a Archon Group, L.P., Todd P. Giannoble, Brian T. Nordahl, Gregory M. Fay, Daniel E. Smith, and Mark Ricketts having move to dismiss the Second Amended Complaint pursuant to Federal Rules of Civil Procedure 9(b) and 12(b)(6). Defendants also move for sanctions pursuant to Rule 11, and the matter having come before the Honorable George B. Daniels, United States District Judge, and the Court, on August 24, 2016, having rendered its Memorandum Decision and Order granting Defendants' motion to dismiss Plaintiffs' Second Amended Complaint and dismissing the Second Amended Complaint in its entirety; and also denying Defendants' motion for sanctions pursuant to Rule 11 of the Federal

Rules of Civil Procedure; and directing the Clerk of Court to close the motions at ECF Nos. 71 and 72, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision and Order dated August 24, 2016, Defendants' motion to dismiss Plaintiffs' Second Amended Complaint is granted. The Second Amended Complaint is dismissed in its entirety. Defendants' motion for sanctions pursuant to Rule 11 of the Federal Rules of Civil Procedure is denied.

**Dated:** New York, New York
August 24, 2016

**RUBY J. KRAJICK**

**Clerk of Court**

**BY:** K Mango

**Deputy Clerk**